# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0277
Lower Tribunal No. 2002-CF-003719

_____

ERNEST H. MAJOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Robert Branning, Judge.

July 25, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 50 Fla. L. Weekly S108 (Fla. June 3, 2025) (determining that *Erlinger v. United States*, 602 U.S. 821 (2024), does not apply retroactively as it is purely procedural in nature).

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.

Ernest H. Major, Mayo, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED